UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MICHAEL PECORA, on behalf of himself and all others similarly situated, | ) ) ) | C/A: 4:18-cv-01422-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO ALLOW ELECTRONIC SERVICE** |
| THE BIG M CASINO, INC. and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

Upon consent of the parties, the parties in this action are required to observe the following terms for service of items not filed with the court:

**IT IS ORDERED** that if an email is sent by 6:00 p.m., service will be effective three (3) days after the date of the email, as if service had been by mail. If an email is sent at 6:01 p.m. or later, then service will be effective four (4) days after the date of the email.

**IT IS ORDERED** that if an attorney for any of the parties has computer problems that prevents timely receipt of any particular document, then that attorney should submit an affidavit to all counsel explaining the problems and the date on which the attorney did receive the document. Service will then be effective when the attorney received the document using the times in the second paragraph above.

**[SIGNATURE PAGE TO FOLLOW]**

Order to Allow Electronic Service
C/A: 4:18-cv-01422-RBH

**AND IT IS SO ORDERED.**

March 1, 2019                          s/ R. Bryan Harwell
Florence, South Carolina           R. Bryan Harwell
                                           United States District Judge

| **WE SO MOVE:** | **WE CONSENT:** |
|---|---|
| /s/ Bruce E. Miller | s/ Allan R. Holmes |
| Bruce E. Miller, Esq. (Fed ID 3393) | Allan R. Holmes, Esq. |
| BRUCE E. MILLER, P.A. | Cheryl H. Ledbetter, Esq. |
| 147 Wappoo Creek Drive, Suite 603 | GIBBS & HOLMES |
| Charleston, SC 29412 | 171 Church Street, Suite 110 |
| T: 843.579.7373 | Charleston, SC 29401 |
| F: 843.614.6417 | T: 843-722-0033 |
| bmiller@brucemillerlaw.com | F: 843-722-0114 |
| | aholmes@gibbs-holmes.com |
| ATTORNEY FOR MICHAEL PECORA, on behalf of himself and all others similarly situated | cledbetter@gibbs-holmes.com |
| | – and – |
| Date: March 1, 2019 | Emma Ruth Brittain, Esq. |
| | THOMAS & BRITTAIN, P.A. |
| | P. O. Box 1290 |
| | Myrtle Beach, SC 29578 |
| | T: 843-692-2628 |
| | F: 843-692-0928 |
| | erbrittain@myrlaw.com |
| | |
| | ATTORNEYS FOR THE BIG M CASINO INC. |
| | |
| | Date: March 1, 2019 |